AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

REYNALDO GAMBOA,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

 V.

          CASE NUMBER: **3:10-cv-00725-LRH-RAM**

E.K. MCDANIELS, et al.,

    Defendants.

__ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

  _November 24, 2010_      **LANCE S. WILSON**
               Clerk

            _/s/ Katie Lynn Ogden_
             Deputy Clerk